HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CITIMORTGAGE INC, | CASE NO. 15-5293RBL |
| Plaintiff, | ORDER GRANTING MOTION FOR ATTORNEY FEES |
| v. | |
| SHIRLEY J GEDDES, et al., | |
| Defendants. | |

THIS MATTER is before the Court on Defendants Rob and Brandis Geddes's Motion for Attorney Fees [Dkt. #53]. The Geddeses argue that as the prevailing party, they are entitled to $200 in statutory attorney fees under RCW 4.84.010 and RCW 4.84.080. CitiMortgage does not oppose their motion.

In a diversity case, state law governs a request for attorney fees made under Federal Rule of Civil Procedure 54(d)(2). *See Alyeska Pipeline Serv. Co. v. Wilderness Soc'y*, 421 U.S. 240, 259 n. 31, 95 S. Ct. 1612 (1975); *see also People of Sioux Cty v. Nat'l Surety Co.*, 276 U.S. 238, 243, 48 S Ct. 239 (1928); *MRO Commc'ns, Inc. v. AT&T Co.*, 197 F.3d 1276, 1281 (9th Cir. 1999). Washington law awards a prevailing party $200 in statutory attorney fees. RCW 4.84.010(6); RCW 4.84.080(1).

1     Rob and Brandis were the prevailing party. *See* Dkt. #51, Order Dismissing

2 CitiMortgage's Claims; *see also* Dkt. #67, Order Entering Judgment for Rob and Brandis.

3 Therefore, their Motion for Attorney Fees [Dkt. #53] is GRANTED. The Clerk shall enter a

4 supplemental judgment awarding Rob and Brandis $200 in statutory attorney fees.

5     IT IS SO ORDERED.

6     Dated this 29th day of March, 2016.

*[signature]*

Ronald B. Leighton
United States District Judge